FILED
June 6, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JAMES DOMBECK, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-mj-00149 GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  James Dombeck ; Case 2:11-mj-00149 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of $50,000.00, co-signed by Gaylene Dombeck

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  6/6/2011  at  2:55 pm

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge