```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES DOMBECK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES DOMBECK,<br><br>　　　　　　Defendant. | NO. CR-S-11-251 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:　October 14, 2011<br>Time:　9:00 a.m.<br>Judge:　Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for Defendant, JAMES DOMBECK, that the status conference hearing date of Friday, August 26, 2011, be vacated and a new status conference hearing date of Friday, October 14, 2011, at 9:00 a.m., be set.

　　　The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

　　　It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including October 14, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: August 24, 2011

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                 */s/ Lexi Negin*
                                                LEXI NEGIN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JAMES DOMBECK

Dated: August 24, 2011                          BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Lexi Negin for*
                                                KYLE REARDON
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **O R D E R**

     Based on the reasons set forth in the stipulation of the parties filed on August 26, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, August 26, 2011, be vacated and that the case be set for **Friday, October 14, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 14, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: August 26, 2011

                                                GARLAND E. BURRELL, JR.
                                                United States District Judge