BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES DOMBECK,<br><br>  Defendant. | CR. 2:11-CR-00251 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: November 18, 2011<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell |

The parties request that the status conference currently set for Friday, November 18, 2011, at 9:00 a.m., be continued to Friday, January 13, 2012, at 9:00 a.m., and stipulate that the time beginning November 18, 2011, and extending through January 5, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

Defense Counsel was substituted into this case on October 3, 2011, and has not yet had an opportunity to review all of the discovery that was provided to him.  In addition, there exists the need to hire a defense forensic expert to review the computer evidence in this case.  Finally, the parties are engaged in plea

1

1  negotiations that will be impacted by the result of Defense
2  Counsel's examination and the forensic review of the evidence in
3  this case.
4       Accordingly, the parties believe that the continuance should
5  be excluded from the calculation of time under the Speedy Trial
6  Act.  The additional time is necessary to ensure effective
7  preparation, taking into account the exercise of due diligence.
8  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of
9  justice served by granting this continuance outweigh the best
10 interests of the public and the defendant in a speedy trial.  18
11 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 16, 2011     By:  */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney


DATED: November 16, 2011     By:  */s/ Kyle Reardon* for
                                  ERIC CHASE
                                  Attorney for the Defendant

**ORDER**

The status conference in case number 2:11-CR-251 GEB, currently set for Friday, November 18, 2011, at 9:00 a.m., is continued to Friday, January 13, 2012, at 9:00 a.m., and the time beginning November 18, 2011, and extending through January 13, 2012, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

11/17/11

GARLAND E. BURRELL, JR.
United States District Judge