1  THE CRIMINAL DEFENSE GROUP
   Eric Chase, SBN 148030
2  4181 Sunswept Drive, Ste. 100
   Studio City, CA 91604
3  Telephone (818) 487-7400
   Fax (818) 487-7414
4
   Attorneys for Defendant,
5  JAMES DOMBECK

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO
9

10                                          )
11 UNITED STATES OF AMERICA,                )   Criminal No. 2:11-cr-00251-GEB-1
                                            )
12              Plaintiff,                  )
            v.                              )  **ORDER TO CONTINUE**
13                                          )
   JAMES DOMBECK                            )
14                                          )
                Defendant.                  )
15 _____ )

16      Upon the Stipulation of the parties filed May 16, 2012, and good cause appearing

17 therefore, IT IS HEREBY ORDERED that the status conference of this matter, presently set for

18 May 18, 2012, is continued to June 15, 2012, commencing at 9:00 a.m.

19      **Date:  5/16/2012**

20
                                            _____
21
                                            GARLAND E. BURRELL, JR.
22                                          United States District Judge

23

24

25

26

27

28