1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
   (916) 554-2900 FAX
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )  CASE NO.  2:11-CR-00251 GEB
                               )
12               Plaintiff,    )
                               )
13 v.                          )  **STIPULATION AND [PROPOSED] ORDER**
                               )  **CONTINUING JUDGMENT AND SENTENCING**
14 JAMES DOMBECK,              )  **FROM OCTOBER 19, 2012, TO NOVEMBER**
                               )  **16, 2012**
15               Defendant.    )
                               )
16 _____)
17
18      The parties request that the judgment and sentencing currently
19 set for October 19, 2012, at 9:00 a.m., be continued to November 16,
20 2012, at 9:00 a.m.  This continuance is necessary in order to allow
21 the parties to adequately review the presentence report and prepare
22 for judgment and sentencing.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The following Presentence Report disclosure schedule will apply:

|  | Old Date | New Date |
|---|---|---|
| Proposed PSR to Counsel | September 7, 2012 | October 5, 2012 |
| Informal Objections | September 21, 2012 | October 19, 2012 |
| Response to Informal Objections and PSR Filed with the Court | September 28, 2012 | October 26, 2012 |
| Formal Objections / Motion for Correction of PSR | October 5, 2012 | November 2, 2012 |
| Reply or Statement of Non-Opposition | October 12, 2012 | November 9, 2012 |
| Judgment and Sentencing | October 19, 2012 | November 16, 2012 |

Dated: September 26, 2012           Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                By: */s/ Kyle Reardon*
                                    KYLE REARDON
                                    Assistant U.S. Attorney

Dated: September 26, 2012           */s/ Kyle Reardon* for
                                    ERIC CHASE
                                    Attorney for James Dombeck

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES DOMBECK,<br><br>　　　　Defendant. | CASE NO.  2:11-CR-00251 GEB<br><br>**[PROPOSED]**<br>**ORDER CONTINUING JUDGMENT AND SENTENCING FROM OCTOBER 19, 2012, TO NOVEMBER 16, 2012** |

　　　The parties' stipulation and proposed schedule is approved and so ordered.  The judgment and sentencing currently set for October 19, 2012, at 9:00 a.m., is continued to November 16, 2012.

**Date:  9/28/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge